Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
FEB - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RICKY DONNELL CRENSHAW,  )  Case No. CV 08-0441-CJC(RC)
                        )
        Petitioner,     )
vs.                     )
                        )  JUDGMENT
JAMES WALKER,           )
                        )
        Respondent.     )
_____)

  Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

  IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

  DATED: February 4, 2008

                                    _____
                                    CORMAC J. CARNEY
                                    UNITED STATES DISTRICT JUDGE

R&R-MDO\08-0441.jud
1/31/08